
FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2009 MAR 16 AM 9:43
CLERK
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

ELVIS JONES, Jr., )
)
    Petitioner, )
)
v. ) Case No. CV408-213
)
AL ST. LAWRENCE, Sheriff, )
Chatham County Detention Center, )
)
    Respondent. )

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this 16 day of March, 2009.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA